In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-18-00114-CR
_____

**TYRON ISADORE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 252nd District Court**
**Jefferson County, Texas**
**Trial Cause No. 16-24468**

**MEMORANDUM OPINION**

On February 2, 2018, the trial court sentenced Tyron Isadore on a conviction for burglary of a habitation. Isadore filed a notice of appeal on March 27, 2018. The trial court signed a certification in which the court certified that this is a plea-bargain case and the defendant has no right of appeal. *See* Tex. R. App. P. 25.2(a)(2). The district clerk has provided the trial court's certification to the Court of Appeals.

On March 27, 2018, we notified the parties that we would dismiss the appeal unless the appellant established that the certification is incorrect. In a separate notice,

we notified the appellant that the notice of appeal had not been filed within the time permitted for perfecting an appeal. *See* Tex. R. App. P. 26.2(a)(1), 26.3. Counsel for the appellant filed a motion to dismiss the appeal, but the motion was not personally signed by the appellant. *See* Tex. R. App. P. 42.2(a).

"The appeal must be dismissed if a certification that shows the defendant has the right of appeal has not been made part of the record under these rules." Tex. R. App. P. 25.2(d). Furthermore, a notice of appeal must be filed within thirty days of the date of sentencing and no extension may be granted unless a notice of appeal and a motion for extension of time is filed within fifteen days of the deadline for filing the notice of appeal. Tex. R. App. P. 26.2(a)(1), 26.3. Accordingly, we dismiss the appeal.

APPEAL DISMISSED.

_____
HOLLIS HORTON
Justice

Submitted on April 10, 2018
Opinion Delivered April 11, 2018
Do Not Publish

Before McKeithen, C.J., Kreger and Horton, JJ.

2